1  AARON D. FORD
      Attorney General
2  KYLE L. HILL, (Bar No.16094)
      Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada  89101
5  (702) 486-0429 (phone)
   (702) 486-3773 (fax)
6  Email: khill@ag.nv.gov

7  *Attorneys for Defendants*
   *Julio Calderin, Calvin Johnson,*
8  *and Harold Wickham*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW LANEAVE, | Case No.  2:22-cv-00347-GMN-BNW |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JULIO CALDERIN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Matthew Laneave, *pro se*, under Rule 41(A)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 20th day of December, 2023.

DATED this 20th day of December, 2023.

AARON D. FORD
Attorney General

_____
MATTHEW LANEAVE #1065302
Plaintiff, *Pro* Se

By: /s/ *Kyle L. Hill*
_____
KYLE L. HILL, Bar No. 16094
Deputy Attorney General

*Attorneys for Defendants*
*Julio Calderin, Calvin Johnson,*
*and Harold Wickham*

**ORDER**

**IT IS SO ORDERED.**

Dated this __2__ day of January, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 2nd day of January, 2024, I served the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, addressed to the following:

Matthew Laneave, #1065302
Care of HDSP Law Librarian
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
HDSP_LawLibrary@doc.nv.gov

An employee of the
Office of the Nevada Attorney General